**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of   July 10, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

**SCHEDULING ORDER**
07CV6277(WP4)(LMS)

James Michael Lenihan
Lenihan & Associates, LLC
235 Main Street
White Plains, NY 10601


The matter of   **BOWEN-V-WESTCHESTER**   has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

September 7, 2007 at 11:30AM in Courtroom 420.

> **Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**
> **Please notify all other parties of this appearance.**
> *Any party seeking a reschedule shall telephone chambers with all other parties on the line.*


So Ordered:

*[signature]*

Lisa Margaret Smith
U.S.M..J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____