UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA BOWEN, Individually, and
INDIRA BOWEN, on behalf of her minor
children, RAYLYN FAIRCLOUGH and
MIA BOWEN,

      Plaintiffs,

    v.

THE COUNTY OF WESTCHESTER,
TOWN OF GREENBURGH, POLICE
OFFICERS JOHN DOES 1-10, in their
individual and official capacities,

      Defendants.

Civil Action No.: 07 CIV 6277

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for the Defendant Town of Greenburgh. I certify that I am admitted to practice in this court.

Dated: East Hanover, New Jersey
   August 21, 2007

            CALLAHAN & FUSCO, LLC
            Attorneys for Defendants

            By: _____
             CHAD L. KLASNA, ESQ. (CLK 7037)
             CHRISTOPHER G. FUSCO, ESQ. (CGF 4847)
             72 Eagle Rock Avenue, Suite 320
             East Hanover, NJ 07936
             (973) 618-9770

TO: James Michael Lenihan, Esq.
   Lenihan & Associates, LLC
   235 Main Street
   White Plains, NY 10601

   David R. Fried, Esq.
   Deputy Town Attorney
   Town of Greenburgh
   177 Hillside Avenue
   Greenburgh, New York 10607