**Westchester**
gov.com

RECEIVED
SEP 11 2007
USDC-WP-SDNY

Andrew J. Spano
County Executive

Office of the County Attorney
Charlene M. Indelicato
County Attorney

September 10, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**VIA HAND-DELIVERY**
Honorable Kenneth M. Karas
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

　　　　　Re:　　Bowen v. County of Westchester, et al.
　　　　　　　　07 Civ. 6277 (KMK) (LMS)

**MEMO ENDORSED**

Your Honor:

　　　　This office represents Defendant the County of Westchester ("County Defendant") in the above-referenced matter. Please accept this letter as a request for an adjournment of the County Defendant's time to answer and/or move with respect to the Complaint in this matter. This is County Defendant's first request for an adjournment.

　　　　County Defendant's time to answer or move runs tommorrow, September 11, 2007. County Defendant respectfully requests that this Honorable Court grant a thirty (30) day adjournment, until **October 11, 2007**, to answer or move.

　　　　I have spoken to Law Clerk James Monteleon from the law office of Lenihan & Associates, LLC, Attorneys for the Plaintiffs, and they consent to this request.

　　　　Should your Honor have any questions regarding this matter, please feel free to have a member of your staff contact me at (914) 995-3588.

*[Handwritten endorsement: Defendant Westchester County is given until October 11, 2007 to answer or otherwise respond to the Complaint. So ordered. [signature] 9/11/07]*

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　Matthew I. Gallagher (MIG-1546)
　　　　　　　　　　　　　　　　　　　Senior Assistant County Attorney

　　cc:　Honorable Lisa Margaret Smith, U.S.M.J. (Via Hand-Delivery)
　　　　James Monteleon, Law Clerk, Lenihan & Associates (Via Fascimile)
　　　　Chad Klasna, Callahan & Fusco, Counsel to Town of Greenburgh (Via Fascimile)