

# Lenihan & Associates

235 Main Street Ste. 500 White Plains, NY 10601

James Michael Lenihan, Esq.
*Admitted in NY.*
Angela DiBiasi, Esq.
*Admitted in NY & CT*

Phone (914) 949-8855
Fax (914) 682-0585
WWW.LENINHANASSOCIATES.COM

February 29, 2008

Honorable Judge Karss
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

RE:   BOWEN, et. al. v. WESTCHESTER COUNTY, et.al.
      07-CV-6277

Dear Honorable Judge Karss:

On or about February 7, 2008 Mr. Chad L. Klasna Esq., attorney for the Defendant Town of Greenburgh, in the above referenced matter, submitted a letter to the Court requesting a pre-motion conference for permission to bring a motion pursuant to Rule 12 (c).

On February 19, 2008 your Honor, by Endorsed Memo, granted Defendant's request and set a March 11, 2008 conference date and directed Plaintiffs to respond to Mr. Klasna's letter by February 25, 2008.

Since your Honor's memo was not entered into the ECF system until February 26, 2008 and received by the parties on same, Plaintiffs, with consent of opposing counsels, request until March 7, 2008 to reply to Mr. Klasna letter.

Respectfully yours,

/s/
James Michael Lenihan
(JML 9282)

cc:   Chad L. Klasna, Esq.
      Matthew L. Gallagher, Esq.

*Plaintiffs have until March 7, 2008 to respond to Defendant's pre-motion letter.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/3/08